UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SEBASTIAN CHOC CHOC,

        Petitioner,                  Case No. 1:25-cv-1449

v.                                     Hon. Hala Y. Jarbou

ROBERT LYNCH et al.,

        Respondents.
_____/

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

Petitioner names as Respondents Acting Field Office Director for the ICE Detroit Field Office Robert Lynch, United States Secretary of Homeland Security Kristi Noem, and United States Attorney General Pamela Bondi. Petitioner asks the Court for the following relief: accept jurisdiction over this action; order Respondents not to transfer Petitioner out of the Western District of Michigan during the pendency of these proceedings; issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and order Respondents to release Petitioner immediately or, alternatively, provide Petitioner with a bond hearing within three (3) days; declare that Petitioner's detention is governed by 8 U.S.C. § 1226(a) and not 8 U.S.C. § 1225(b)(2)(A); and award attorneys' fees and costs for this action. (§ 2241 Pet., ECF No. 1, PageID.11–12.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. The Clerk of Court shall serve copies of the petition and this order on each Respondent.

2. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

3. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

4. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

5. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated: November 14, 2025          /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE